## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

FIRST CENTRAL INVESTMENT
CORPORATION D/B/A EDISON BEACH HOUSE,

    Plaintiff,                                CASE NO.: 2:23-cv-01086-SPC-KCD

v.

AMERICAN BANKERS INSURANCE COMPANY
OF FLORIDA,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, FIRST CENTRAL INVESTMENT CORPORATION D/B/A EDISON BEACH HOUSE ("Plaintiff"), and Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, ("Defendant") (jointly the "Parties"), by and through their undersigned counsel, and pursuant to this Court's Order (D.E. 6) entered on November 29, 2023, and Local Rule 3.09, hereby advise the Court of the Parties Settlement. The Parties are presently finalizing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 23, 2024            Respectfully submitted,

            **ROBINSON + COLE LLP**
            777 Brickell Avenue, Suite 680
            Miami, FL 33131
            Telephone: (786) 725-4120
            Facsimile: (786) 725-4121

            By: */s/ Eugene P. Murphy*
              Eugene P. Murphy
              Florida Bar No. 638501
              emurphy@rc.com
              Nikolaos M. Hernandez
              Florida Bar No. 1018058
              nhernandez@rc.com
              ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on December 23, 2024, on all counsel or parties of record on the Service List below.

            */s/ Eugene P. Murphy*
            Eugene P. Murphy, Esq.

## SERVICE LIST

Calsie M. Boyd, Esq.
Florida Bar No. 1028776
**INSURANCE CLAIM LAWYERS, INC. d/b/a HAIR SHUNNARAH TRIAL ATTORNEYS, L.L.C. d/b/a INSURANCE CLAIM HQ**
3540 S. I-10 Service Road W, Suite 300
Metairie, LA 70001
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
Email: cboyd@hstalaw.com
*Attorney for the Plaintiff*